IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTATE OF TONY GRIER | : | |
| BY ADMINISTRATOR EMMA GRIER | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 07-4224 |
| UNIVERSITY OF PENNSYLVANIA | : | |
| HEALTH SYSTEM, ET AL. | : | |

**ORDER**

AND NOW, this 11th day of June, 2009, upon consideration of Plaintiff's Motion to Amend Complaint, (Doc. No. 10), and all documents submitted in support thereof and in opposition thereto, it is ORDERED as follows:

1. Plaintiff's Motion for leave to amend its Complaint to name Lancaster General Hospital, Dr. Gregory Rossini, M.D., and the Gift of Life Donor Program is DENIED.

2. Plaintiff's Motion for leave to amend its Complaint to include Counts VI and VII is GRANTED.

3. Plaintiff's Motion for leave to amend its Complaint to include requests for punitive damages associated with Counts I and II is GRANTED.

4. Plaintiff shall, consistent with the accompanying Memorandum, file the First Amended Complaint within ten (10) days of the date hereof.

IT IS SO ORDERED.

BY THE COURT:


/s/ R. Barclay Surrick
R. Barclay Surrick, J.